## Charles Baratta, Appellee, v. Chicago, Rock Island & Pacific Railroad Company, Appellant.

### Gen. No. 46,445. (Abstract of Decision.)

First District, First Division.

June 13, 1955.

Released for publication September 15, 1955.

Milton V. Thompson, Thomas I. Megan, and Erwin W. Roemer, for defendant-appellant; Erwin W. Roemer, and Joseph P. Carr, of counsel; Irving Zazove, for appellee; William C. Wines, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.